O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5341 AHM (PJWx) | Date | October 7, 2008 |
|---|---|---|---|
| Title | JOSE L. PINEDA v. GMAC MORTGAGE, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**           IN CHAMBERS (No Proceedings Held)

Plaintiff has made the following motions for default judgment:

| | |
|---|---|
| 9/17/08 | Motion for Default Judgment against GMAC Mortgage, LLC[1] |
| 9/17/08 | Motion for Default Judgment against U.S. Bank National Association[2] |
| 9/23/08 | Motion for Default Judgment against U.S. Bank National Association[3] |
| 9/23/08 | Motion for Default Judgment against GMAC Mortgage, LLC[4] |

No default judgment can be entered until the Clerk's default is entered. No such default has been entered, for either defendant.[5] The abovementioned motions are therefore deemed premature. No hearing is necessary.
Thus, the motions are DENIED without prejudice and the hearing set for October 20, 2008, is taken off the calendar.

:

---

[1] Docket No. 9.

[2] Docket No. 16.

[3] Docket No. 21

[4] Docket No. 22

[5] *See* Second Notice of Deficiency Re: Request for Entry of Default Against Defendants U.S. Bank National Association and GMAC Mortgage, LLC (Docket No. 31).

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5341 AHM (PJWx) | Date | October 7, 2008 |
|---|---|---|---|
| Title | JOSE L. PINEDA  v. GMAC MORTGAGE, LLC, *et al.* | | |

Initials of Preparer      se