O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5341 AHM (PJWx) | Date | December 31, 2008 |
|---|---|---|---|
| Title | JOSE L. PINEDA v. GMAC MORTGAGE, LLC, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

To correct a clerical error in the Court's December 29, 2008 Order (docket no. 45), the Court orders that the corrected version be docketed in lieu of the originally docketed version.

|  | : |
|---|---|
| Initials of Preparer | SMO |