O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-5341-AHM (PJWx) | Date | April 27, 2009 |
|---|---|---|---|
| Title | JOSE L. PINEDA v. GMAC MORTGAGE, LLC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jose L. Pineda, *pro se* | Leslie F. Vandale |

**Proceedings:** MOTION to Dismiss First Amended Complaint filed by Defendants GMAC Mortgage, LLC, ETS Services, LLC. [53] (non-evidentiary)

Court previously circulated its tentative order and now hears oral argument. For reasons and findings stated on the record, the Court conditionally grants the motion to dismiss but will reserve issuing its order until after the defendants file and serve their entire file in this matter which must be done by not later than April 30, 2009.

|  | : | 21 |
|---|---|---|
| | Initials of Preparer | SMO |