1 | Stuart B. Wolfe (SBN 156471)
2 | Leslie F. Vandale (SBN 238823)
  | lfvandale@wolfewyman.com
  | WOLFE & WYMAN LLP
3 | 5 Park Plaza, Suite 1100
  | Irvine, California 92614-5979
4 | Telephone:  (949) 475-9200
  | Facsimile:   (949) 475-9203
5 |
6 | Attorneys for Defendants
  | GMAC MORTGAGE, LLC and
  | ETS SERVICES, LLC
7 |



~~COURTESY COPY~~

FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8 |

### UNITED STATES DISTRICT COURT

9 |

### CENTRAL DISTRICT OF CALIFORNIA

10 |

| | |
|---|---|
| 11  Jose L. Pineda, | Case No. CV-08-5341 AHM (PJWx) |
| 12            Plaintiff, | Judge: Hon. A. Howard Matz<br>Dept. 14 |
| 13       v. | |
| 14  GMAC Mortgage, LLC in its capacity;<br>U.S. Bank National Association in its<br>15  capacity; ETS Services, LLC, in its<br>capacity; Fidelity National Default<br>16  Solutions, in its capacity; Does 1-10, in<br>their capacities,<br>17 | ~~[PROPOSED]~~ JUDGMENT |
| 18            Defendant. | |

19        On April 30, 2009, this Court granted Defendants GMAC Mortgage, LLC's

20   and ETS Services LLC's Motion to Dismiss.  The Court dismissed the action with

21   prejudice based on the reasons set forth in the Court's Minute Order dated April 30,

22   2009.

23        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's

24   Complaint is dismissed with prejudice.  The Court orders that judgment is entered in

25   favor of Defendants GMAC Mortgage, LLC and ETS Services, LLC and against

26   Plaintiff Jose Pineda.

27   / / /

28   / / /

1

[PROPOSED] JUDGMENT

1    IT IS FURTHER ORDERED that Defendants GMAC Mortgage, LLC and

2  ETS Services, LLC are awarded their costs incurred in this action.

3    IT IS SO ORDERED.

4  DATED:  May 14, 2009                    By:_____

5                                                 Hon. A. Howard Matz
                                                   United States District Judge

6  H:\Matters\GMAC Mortgage Corporation (1353.001)\112 (Pineda)\Pleadings\PROPOSED JUDGMENT - pleading.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT